```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF KENTUCKY
                     NORTHERN DIVISION
                       AT COVINGTON
```

**CIVIL ACTION NO. 2015-54 (WOB)**

ANTON WEISSMANN                                              PLAINTIFF

VS.                         <u>ORDER</u>

CITY OF COVINGTON, ET AL                                    DEFENDANTS


   This matter is before the Court on defendants Larisa Sims' and Mike Yeager's joint motion to dismiss plaintiff's complaint for failure to state a claim (Doc. 2).

   Plaintiff failed to file a response to this motion within the time prescribed in the Local Rules.  The Court thus entered an order on August 12, 2015, requiring plaintiff to file a response within ten days, warning that failure to do so could result in the Court granting the motion.  (Doc. 5).  *See also* Joint Local Rule 7.1(c) ("Failure to timely respond to a motion may be grounds for granting the motion.").

   The Court also has reviewed the motion to dismiss on its merits, finds it well taken, and concludes that individual defendants Sims and Yeager should be dismissed.

Therefore, having reviewed this matter, and the Court being sufficiently advised,

**IT IS ORDERED** that defendants Larisa Sims and Mike Yeager's joint motion to dismiss (Doc. 2) be, and is hereby, **GRANTED.** These defendants are hereby **DISMISSED.**

This 26th day of August, 2015.



Signed By:
William O. Bertelsman  WOB
United States District Judge