IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:15-cv-54 (WOB-CJS)

ANTON WEISSMANN                                    PLAINTIFF

VS.                        ORDER

CITY OF COVINGTON                                  DEFENDANT

On November 9, 2016, this Court ordered plaintiff to provide discovery responses to defendant and to certify to the Court in writing of his compliance, failing which the Court would grant defendant's motion to dismiss pursuant to Fed. R. Civ. P. 37(b)(2). (Doc. 31). The Court also warned plaintiff that no further extensions would be granted.

Plaintiff has failed to comply with the Court's order.

Therefore, having reviewed this matter, and being sufficiently advised,

**IT IS ORDERED** that defendant's motion to dismiss (Doc. 25) be, and is hereby, **GRANTED.** That defendant's motion to extend case deadlines (Doc. 26) be, and is hereby, **DENIED AS MOOT.** This matter is stricken from the docket of the Court.

This 30th day of November, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge